# United States District Court

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

**District of Maryland**  07 - 005 - M - 01

UNITED STATES OF AMERICA

2005 FEB -2 P 5:01

v.

GEORGE NOLAND VINCENT

WARRANT FOR ARREST

Case No. 02-2133M

**FILED**

JAN 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:    The United States Marshal and any
       Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __George Noland Vincent__ and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*:

SEE ATTACHED PETITION - PO ANGELA GRIFFIN

in violation of Title __18__ United States Code, Section(s) __3606__

__WILLIAM CONNELLY__                         __MAGISTRATE JUDGE__
Name of Issuing Officer                       Title of Issuing Officer

__MARIE WALBURN__                            __January 31, 2005___Greenbelt, MD__
(By) Deputy Clerk                            Date and Location

Bail fixed at $_____NO BOND_____           by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received 1-8-07 | Name and Title of Reporting Officer DAVID BALDWIN 3DUSM | Signature of Reporting Officer /s/ David Baldwin |
|---|---|---|
| Date of Arrest 1-9-07 | | |

U.S. DISTRICT COURT (Rev. 12/98)

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

Defendant's Name: _____

Alias: _____

Last Known Residence: _____

Last Known Employment: _____

Place of Birth: _____

Date of Birth: _____

Social Security Number: _____

Height: ___5'9"_____      Weight: ___161_____

Sex: ___MALE_____      Race: ___BLACK_____

Hair: _____      Eyes: _____

Scars, Tattoos, Other Distinguishing Marks: _____
_____
_____

FBI Number: _____

Complete Description of Auto: _____
_____
_____

Investigative Agency and Address: _____
_____
_____

U.S. DISTRICT COURT (Rev. 12/98)

**U.S. Probation and Pretrial Services**
# MEMORANDUM

DATE: January 14, 2005

TO: The Honorable Thomas M. DiGirolamo
U.S. Magistrate Judge

FROM: Angela R. Griffin
U.S. Probation Officer
(301) 344-3838

RE: VINCENT II, George Noland
Docket No.: 02-2133M
Exp. Date: 7/28/2005

SUBJ: <u>Violation Report-New Arrest Notification-Warrant Request</u>

07-005-M-01

**FILED**

JAN 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On January 29, 2003, the above referenced individual appeared before Your Honor subsequent to conviction for the offense of Carrying a Concealed Weapon. He received a sentence of two and one half (2 ½) years probation with the following additional conditions: 1) The defendant shall be placed on home detention for a period of 3 months; 2) The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse; 3) The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer; and 3) The defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. 921.

On February 13, 2003, supervision in this case was transferred to the District of Columbia as Mr. Vincent is a resident of that district.

On December 14, 2004, we received correspondence from United States Probation Officer Kurt Panzer advising that the offender incurred two new arrests.

The purpose of this correspondence is to advise Your Honor that George N. Vincent has violated the conditions of supervision in the following manner:

1.  Statutory Condition:               The defendant shall not commit any
                                       federal, state, or local crime.

On November 28, 2004, George N. Vincent was arrested by the Washington Metropolitan Police Department and charged with the offense of Carrying a Pistol Without a License, Case No.: F7368-04.

On December 10, 2004, George N. Vincent was arrested by the Washington Metropolitan Police Department and charged with the offense of First Degree Child Sexual Abuse, Case No.: F07644-04.

VINCENT II, George N.
Page 2
Dkt. No.: 02-2133M

| | | |
|---|---|---|
| 2. | **Violation of Additional Condition:** | The defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. 921. |

On November 28, 2004, George N. Vincent was arrested by the Washington Metropolitan Police Department and charged with the offense of Carrying a Pistol Without a License, Case No.: F7368-04.

The offender is currently being held without bond, at the District of Columbia jail, on the charge of First Degree Child Sexual Abuse. He is scheduled to appear in the Superior Court for the District of Columbia on February 4, 2005 for a felony status conference. The charge of Carrying a Pistol Without a License is pending before a grand jury.

**Recommendation:**

Given the above, this officer respectfully requests that a warrant be issued for George Noland Vincent II charging that he has violated the terms of his probationary period by being arrested in Washington, D.C. for the aforementioned charges. Copies of the police report are enclosed for the Court's review.

I have attached a probation Form 12 for the Court to execute should Your Honor concur.

George Noland Vincent 's last known address is

He was represented at his last hearing by Andrea Callaman, Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, Maryland 20770-4510.

The Government was represented by Jane Nathan, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3838.

Enclosures:  Violation Report
Probation Form 12
Police reports dated November 28, 2004 and December 8, 2004.

PROB 12
(Rev 3/88)

United States District Court

for

**District of Maryland**

U.S.A. vs. George Vincent                                                                 Docket No.: 02-2133M

Petition on Probation and Supervised Release

COMES NOW Angela R. Griffin PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of George Vincent who was placed on supervision for Carrying a Concealed Weapon by the Honorable Thomas M. DiGirolamo, U.S. Magistrate Judge sitting in the court at Hyattsville, on the 29th day of January, 2003 who fixed the period of supervision at Two and one half (2 ½) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall be placed on home detention for a period of 3 months and abide by all of the requirements of the probation which will include electronic monitoring.

2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse.

3. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.

4. The defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. 921.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here, if lengthy write on separate sheet and attach)

**See Attached**

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant requiring George Vincent II to appear before the court for the purpose of a violation hearing.

ORDER OF COURT
Considered and ordered as prayed this 21st day of
Jan., 2004 and ordered filed and made a part of the
records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

Respectfully,

_____
Angela R. Griffin, Probation Officer

Place:      Greenbelt, Maryland

Date        January 14, 2005

VINCENT II, George N.
DKT. No.: 02-2133M
Page 2

**WHEREAS:** George N. Vincent was arrested by the Washington Metropolitan Police Department on November 28, 2004 and charged with the offense of Carrying a Pistol Without a License, in violation of Statutory Condition No. 1: The defendant shall not commit any federal, state or local crime.

**WHEREAS:** George Vincent II was arrested by the Washington Metropolitan Police Department on December 10, 2004 and charged with the offense of First Degree Child Sexual Abuse, in violation of Statutory Condition No. 1: The defendant shall not commit any federal, state or local crime.

**WHEREAS:** George N. Vincent was arrested by the Washington Metropolitan Police Department on November 28, 2004 and charged with the offense of Carrying a Pistol Without a License, in violation of Additional Condition: The defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. 921.

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.: 1334-04

| DEFENDANT'S NAME: GEORGE VINCENT II | | | | | | |
|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: | HEIGHT: 5'9" | WEIGHT: 160LBS | EYES: BRN | HAIR: BLK |

COMPLEXION: MEDIUM

TELEPHONE NUMBER: N/A

DEFENDANT'S HOME ADDRESS:

DEFENDANT'S BUSINESS ADDRESS: N/A

TELEPHONE NUMBER: N/A

COMPLAINANT'S NAME: A.W. (DOB:

DATE OF OFFENSE: 11-28-04

TIME OF OFFENSE: 1600 HOURS

LOCATION OF OFFENSE: FORT DUPONT AND Q STREETS SE

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

**COMPLAINT:**
The complainant reports to MPD that while she was walking from the Naylor Road Metro Station a van driven by the suspect pulled up next to her. The suspect asked the complainant if she wanted a ride, the complainant accepted. The complainant states that they drove around and ended up at Fort DuPont and Q Street SE. The complainant states that while there the suspect penetrated her vaginally and orally with his penis in the back of the van.

**INVESTIGATION:**
November 28, 2004 around 1800 hours the undersigned interviewed the complainant in the E.R. The complainant stated that she was on her way home from the Naylor Road Metro Station when she was approached by the Defendant who was driving a blue van. The Defendant asked the complainant if she wanted a ride. The complainant initially declined, but changed her mind and got into the van. She said that they drove around for a while, when the Defendant parked at Fort DuPont and Q Streets SE. The complainant said that the Defendant moved over to the passenger seat and told her to move to the back of the van. The complainant stated that the Defendant told her to take off her pants and she did. She said that the Defendant told her to lie down on her back and she complied. The complainant explained that the Defendant put on a condom and attempted to penetrate her _____ with his penis, but it wouldn't go in. The complainant said that the Defendant then told her to turn around and suck his _____ so she complied. After a minute or so, the Defendant told her to lie on her back again. This time the complainant stated that his pe____ _____d into her easily. She advised that the Defendant was inside her for a few minutes and then he stopped. After that the Defendant pulled out of her, pulled off the condom, and placed it in a paper towel, wiped himself off and got back in the driver seat. The complainant said that she then got out of the van and walked home.

November 29, 2004 around 1530 hours the complainant was shown a photo array of nine pictures including the Defendant. The complainant positively identified the Defendant as the man who had sexual intercourse with her in the van. It was also discovered that the Defendant is more than four years older than the complainant.

BASED ON THE FACTS AND CIRCUMSTANCES SET FORTH HEREIN, YOUR AFFIANT RESPECTFULLY REQUEST THAT AN ARREST WARRANT BE ISSUED FOR THE ARREST OF THE DEFENDANT IDENTIFIED BY THE COMPLAINANT AS GEORGE VINCENT II, DOB: _____ , PDID: _____

AFFIANT'S SIGNATURE: X _____

GEORGE VINCENT II
CHARGED WITH: 1st Degree Child Sexual Abuse

_____ 12/1/04
ASSISTANT UNITED STATES ATTORNEY
NCIC Approved

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF Dec. 2004

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES
-VS-

VINCENT, GEORGE

The event occurred on 11-28-04 at approximately 1830HRS in front of

While patroling in P.S.A # 305 as scout 3052, I and Ofc. J. Wilson recieved a radio run to respond to the listed location in reference to a disorderly fight. Upon arriving on the scene there was a large crowd of teenagers coming out of the listed location which is a night club called (Between Friends).

Additionally a broadcast came over the Third district area in reference to a sexual assault the occurred in the Sixth district area. A description of the vehicle was given of a blue in color van with a grey stripe that maybe in the area. A vehicle that match the broadcast was sitting in front of the listed loaction. I and Ofc. J. Wilson approached the vehicle and smelled a strong odor of Marijuana coming from inside of the vehicle.

The vehicle was occupied four time and each person was advised to step out of the vehicle one at a time. When the defendant exit the vehicle Sgt. Emerman advised Ofc. Wilson that there was a dark color hand gun in the passanger seat were Co-Defendant #1 was sitting.

The Defendant and all Co-Defendants was placed under arrest for Carry a Pistol without a License
The Defendant was identified verbally as (George Noland Vincent)
The Defendant was transported to the Third Districtit to be processed

Additionally, all three of the occupants inside of the vehicle was placed under arrest as Co-Defendants and transported to the Third District to be processed.

The desciption of the weapon is classified as a : Lorsin L.-380 semi-automatic handgun black in color with seven rounds of ammunition in the magazine and one in the chamber. The handgun was recovered by Mobile Crime to be processed and place on the Property Book by Ofc. J Ross of the Third district. # 1160/229

The serial number on the handgun was obliterated.

SUBSCRIBED AND SWORN BEFORE THIS DAY OF  29TH  NOV.  2004

OFFICER    1089    3D    DEPUTY CLERK
           BADGE   DISTRICT